# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY GASCA,<br><br>Defendant. | Case No.  2:21-mj-03389<br><br>**ORDER OF DETENTION** |

On July 20, 2021, Defendant Johnny Ray Gasca made his initial appearance on the Complaint filed in this matter.  Deputy Federal Public Defender Michael Driscoll was appointed to represent Defendant.

A detention hearing was held on July 20, 2021.

☒  On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

☒  On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the

defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

⊠ the appearance of the defendant as required.

⊠ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠ Prior convictions for escape from custody and falsely representing a social security number;

⊠ Use of multiple name variations and aliases, and use of multiple dates of birth and multiple social security numbers;

As to danger to the community:

☒ Prior convictions for escape from custody, interstate communication of a threat, witness retaliation, assault with intent to cause serious injury with weapon, and fraud.

☒ Three pending criminal cases in Los Angeles County Superior Court.

☒ Seriousness of the instant allegations, particularly in light of Defendant's prior criminal conduct.

It is therefore ORDERED that Defendant Johnny Ray Gasca be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: July 20 , 2021

_Patricia Donahue_
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE